No. 913. MADSEN *v.* BALTIMORE MAIL STEAMSHIP CO. May 18, 1936. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, 2d Department, denied. *Mr. Simone N. Gazan* for petitioner. *Messrs. Raymond Parmer* and *.Vernon S. Jones* for respondent.

No. 917. COURIER PUBLISHING CO., INC. *v.* POLICE JURY ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eberhard P. Deutsch* for petitioner. No appearance for respondents.

No. 918. MOFFETT, EXECUTRIX, ET AL. *v.* ROBBINS, ADMINISTRATOR. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. William Buckholz* and *Martin J. O'Donnell* for petitioners. *Messrs. Orlin A. Weede, Edwin S. McAnany, John B. Pew,* and *Douglas Hudson* for respondent.

No. 919. KLEINSCHMIDT ET AL. *v.* WALLACE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messr James A. Reed* and *Oscar E. Buder* for petitione; *Messrs. Lon O. Hocker, James C. Jones, Frank Y. Gladney,* and *James C. Jones, Jr.,* for respondent.

No. 922. EVANS PRODUCTS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth